UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No.  05-cr-55-01-SM

Amalia Bracero

## O R D E R

Defendant Bracero's motion to continue the final pretrial conference and trial is granted  (document  9).   Trial has been rescheduled for the October 2005 trial period.   Defendant Bracero shall file a waiver of speedy trial rights not later than July 1, 2005.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  September 26, 2005 at 3:30 p.m.

**Jury Selection**:  October 4, 2005 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

June 27, 2005

cc:  John Saxe, Esq.
     Helen Fitzgibbon, AUSA
     US Probation
     US Marshal