UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

                    v.                              Case No.  05-cr-55-01-SM

Amalia Bracero

O R D E R

Defendant  Bracero's motion to continue the final pretrial conference and trial is granted  (document  no. 15).   Trial has been rescheduled for the March 2006 trial period.   Defendant Bracero  shall file a waiver of speedy trial rights not later than December 23, 2005.   On the filing of such waiver, her continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  February 22, 2006 at 3:00 p.m.

**Jury Selection**:  March 7, 2006 at 9:30 a.m.

2

SO ORDERED.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

December 15, 2005

cc:    Jonathan Saxe, Esq.
       Helen Fitzgibbon, AUSA
       US Probation
       US Marshal